**UNITED STATES of America,
Appellee,**

v.

**Madison FLOWERS, Jr., also known
as Madison Junior Flowers,
Appellant.**

No. 04–3986.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 7, 2005.

Decided: Dec. 12, 2005.

Joseph James Volpe, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Paul D. Groce, Little Rock, AR, for Appellant.

Madison Flowers, Jr., Little Rock, AR, pro se.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Madison Flowers appeals the sentence the district court [1] imposed after he pleaded guilty to distributing cocaine base, in violation of 21 U.S.C. § 841(a)(1). Flowers's counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); Flowers has filed a pro se supplemental brief.

We reject the arguments raised on appeal. A codefendant's lesser sentence is not sufficient reason for setting aside Flowers's sentence. *See United States v. Pirani,* 406 F.3d 543, 549 (8th Cir.) (en banc) (plain-error standard of review for unpreserved error), *cert. denied,* — U.S. ——, 126 S.Ct. 266, — L.Ed.2d —— (2005); *United States v. Buckendahl,* 251 F.3d 753, 758–59 (8th Cir.) (noting that sentencing disparities between coconspirators do not serve as proper basis for sentence reduction), *cert. denied,* 534 U.S. 1049, 122 S.Ct. 633, 151 L.Ed.2d 553 (2001). Any claim of ineffective assistance of counsel should be raised in 28 U.S.C. § 2255 proceedings. *See United States v. Hughes,* 330 F.3d 1068, 1069 (8th Cir. 2003).

Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

court, and we grant counsel's motion to withdraw.